1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PAUL ANTHONY RUPE,

11              Plaintiff,                    No. CIV S-04-2630 LKK DAD P

12        vs.

13   J.S. WOODWARD, et al.,

14              Defendants.                   <u>ORDER</u>

15   _____/

16              On April 24, 2006, this action was dismissed for failure to state a cognizable

17   claim and judgment was entered that same day.  On May 5, 2006, plaintiff filed a notice of appeal

18   from the judgment.   On May 10, 2006, the Clerk of the Court notified plaintiff that he was

19   required to pay the filing fee of $455.00 associated with the appeal since this court had not

20   granted plaintiff leave to proceed in forma pauperis.[1]  On May 16, 2006, plaintiff filed a letter

21   with this court requesting leave to proceed in forma pauperis on appeal.  The court will direct the

22   Clerk of the Court to send plaintiff the appropriate application form.

23   /////

24   _____

25        [1] On December 21, 2004, plaintiff paid the filing fee in connection with the filing of this
     action.  Accordingly, the application to proceed in forma pauperis which plaintiff filed on
26   December 13, 2004, was disregarded.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Clerk of the Court is directed to send plaintiff an application for requesting leave to proceed in forma pauperis by a prisoner; and

2.  Within twenty-one days from the service of this order, plaintiff shall complete and return his application requesting leave to proceed in forma pauperis.

DATED: May 18, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
rupe2630.ifp

2