IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL ANTHONY RUPE,

    Plaintiff,          No. CIV S-04-2630 LKK DAD P

    vs.

J.S.D. WOODWARD, et al.,

    Defendants.          <u>ORDER</u>

_____/

        This action was closed on April 24, 2006.  Plaintiff has filed an application requesting leave to proceed in forma pauperis before the United States Court of Appeals for the Ninth Circuit.  No prior ruling has been made by this court with respect to whether plaintiff qualifies to proceed in forma pauperis.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to forward plaintiff's application to the United States Court of Appeals for the Ninth Circuit so that a determination may be made on plaintiff's application.

DATED: June 6, 2006.

                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

DAD:4
rupe2630.fee

1